UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61807-CIV-ALTMAN/Hunt

**WAYNE FRANCIS EDSON**,

    Plaintiff,

v.

**PARAGON CONTRACTING SERVICES, LLC, et al.**,

    Defendants.

_____/

## ORDER

**THIS MATTER** came before the Court on the Plaintiff's July 5, 2019 Notice of Settlement [ECF No. 77]. The Court, having carefully reviewed the file and being otherwise fully advised, hereby **ORDERS AND ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **thirty (30) days** of this Order.

2. If the parties fail to complete the expected settlement, either party may ask the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. All pending deadlines and hearings are **CANCELLED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 8th day of July 2019.

                                                                         **ROY K. ALTMAN**
                                                                         UNITED STATES DISTRICT JUDGE

cc:    counsel of record